James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

- and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: FOSAMAX PRODUCTS LIABILITY
LITIGATION – MDL NO. 1789

| | |
|---|---|
| PATRICIA BRUCE,<br><br>     Plaintiff,<br><br>v.<br><br>PROCTER & GAMBLE PHARMACEUTICALS, INC. AND AVENTIS PHARMACEUTICALS, INC.,<br><br>     Defendants. | MASTER FILE:<br>1:06-MD-01789-JFK-JCF<br><br>CIVIL ACTION NO. 1:07-CV-3865<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AVENTIS PHARMACEUTICALS, INC.** |

Defendant sanofi-aventis U.S. L.L.C., successor in interest to Aventis Pharmaceuticals, Inc. ("sanofi-aventis"), files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that sanofi-aventis is an entity with its principal place of business in New Jersey. Sanofi-aventis is a wholly-owned subsidiary of sanofi-aventis

SA and no publicly held company, other than sanofi-aventis SA, owns 10% of more of sanofi-aventis' stock.

Dated: June 25, 2007

FULBRIGHT & JAWORSKI L.L.P.

By: _____
James H. Neale (JN6972)
666 Fifth Avenue
New York, NY 10103-3198
(212) 318-3000
*Attorney for Defendant sanofi-aventis U.S. L.L.C.*

- AND -

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701
(512) 536-5201

*Of Counsel*