UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07CIV3865

PATRICIA BRUCE

, Plaintiff(s)

- against -

MERCK & CO., INC., PROCTOR & GAMBLE PHARMACEUTICALS, INC. AND AVENTIS PHARMACEUTICALS, INC

, Defendant(s)

State of New York )
                  ) SS.:
County of New York )

### AFFIDAVIT OF SERVICE

Gaison Mendez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 06/05/2007 at  2:16 PM at:
          CT CORPORATION SYSTEM
          111 EIGHTH AVENUE,
          NEW YORK NY 10011
Deponent served the:

SUMMONS & COMPLAINT

on MERCK & CO.,INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to Santie Jairaem
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
process specialist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 41 HEIGHT: 5'10'' WEIGHT: 145  HAIR: BLACK    RACE: LT BROWN SEX: FEMALE

SWORN TO BEFORE ME June 5 2007

*Gaison Mendez*
Gaison Mendez        License #1152732

OUR DOC# 18287
Ciani Investigations
3455 N.E. 12th Terrace
Suite 1
Oakland Park FL 33334
954-561-0143
2007000432

*Jacqueline M. Billings*
*Notary Public, State of New York*
*No. 01BI6151824*
*Qualified in Broome County*
*My Commission Expires 20___*

40 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

PATRICIA BRUCE, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC., PROCTER & GAMBLE
PHARMACEUTICALS, INC., and AVENTIS
PHARMACEUTICALS, INC., Defendants.

**07 CIV 3865**

TO: (Name and address of defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JACQUELYN S. HOLDEN
KRUPNICK, CAMPBELL, MALONE, BUSER,
  SLAMA, HANCOCK, LIBERMAN & McKEE, P.A.
700 SE Third Avenue, Suite 100
Fort Lauderdale, FL 33316

an answer to the complaint which is herewith served upon you, within *Twenty (20)* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 1 6 2007

CLERK          *Marcos Quintero*

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                                                                Signature of Server

_____
Address of Server

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.