# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Patricia Bruce,

    Plaintiff,

v.

Merck & Co., Inc., Procter & Gamble Pharmaceuticals, Inc. And Aventis Pharmaceuticals, Inc.

    Defendants.

MASTER FILE: 1:06-MD-1789-JFK-JCF

Case No.: 1:07-cv-3865

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Plaintiff, Patricia Bruce

I certify that I am admitted to practice in this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 17 day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

_____
Timothy M. O'Brien, Florida Bar No. 055565
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone     (850) 435-7004 fax